**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: T.W.H., A MINOR | : | No. 121 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: T.W.H., A MINOR | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.